IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CV-133-FL

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.; ECAP MUSIC; SONY.ATV SONGS LLC; WARNER-TAMERLANE PUBLISHING CORP.; SONG 6 MUSIC; and CONCORD MUSIC GROUP, INC. d/b/a JONDURA MUSIC, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ENTRY OF DEFAULT |
| MICKEY MILLIGAN'S INC. d/b/a MICKEY MILLIGAN'S BILLIARDS; GERRY ALAN SHEPHERD and SHERRY M. SHEPHERD, each indvidually, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This cause was heard by the undersigned on motion of Plaintiffs for entry of default against Defendants Mickey Milligan's, Inc. d/b/a Mickey Milligan's Billiards, Gerry Alan Shepherd and Sherry M. Shepherd, each individually, ("Defendants"), pursuant to Rule 55 of the of the Federal Rules of Civil Procedure, upon the grounds that Defendants have failed to plead or otherwise defend in response to the complaint in this action; that the time in which Defendants may plead or otherwise defend has expired; and that Defendants are otherwise subject to entry of default as provided by the Federal Rules of Civil Procedure.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that default is entered against Defendants Mickey Milligan's, Inc. d/b/a Mickey Milligan's Billiards, Gerry Alan Shepherd and Sherry M. Shepherd, each individually, as provided by Rule 55 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 8th day of October, 2014.

*Julie A. Richards*
JULIE A. RICHARDS
Clerk of Court

2

Case 4:14-cv-00133-FL   Document 20   Filed 10/08/14   Page 2 of 2